# UNITED STATES DISTRICT COURT
## for the
### District of Columbia

United States of America
v.
ROBERT ANTHONY LYON

)
) Case: 1:21-mj-00153
) Assigned to: Judge Robin M. Meriweather
) Assign Date: 1/22/2021
) Description: COMPLAINT W/ ARREST WARRANT
)

*Defendant*

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* Robert Anthony Lyon,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☒ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. 1752 (a)(1)&(2) - Knowingly Entering or Remaining in any Restricted Building or Grounds Without Lawful Authority

40 U.S.C. 5104(e)(2)(D)&(G) - Violent Entry and Disorderly Conduct on Capitol Grounds

Date: 01/22/2021

2021.01.22
12:50:00 -05'00'
*Issuing officer's signature*

City and state: Washington, D.C.

Robin M. Meriweather, U.S. Magistrate Judge
*Printed name and title*

### Return

This warrant was received on *(date)* 1/22/21, and the person was arrested on *(date)* 1/25/21
at *(city and state)* Columbus, OH

Date: 1/25/21

*Arresting officer's signature*

SA DEREK CORRAL
*Printed name and title*