**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| UNITED STATES OF AMERICA ) )   )   v. ) )   DUSTIN BYRON THOMPSON and   ) ROBERT LYON, ) )   Defendants. ) ) | Criminal Action No. 21-161 (RBW) |

## ORDER

In accordance with the oral rulings issued by the Court at the status hearing held on October 18, 2021, via teleconference, it is hereby

**ORDERED** that, on November 18, 2021, at 10:00 a.m., the parties shall appear before the Court for a status hearing, via teleconference, by calling 1-877-873-8017 and entering the Court's access code (8583213) followed by the pound key (#). It is further

**ORDERED** that the jury trial in this case shall commence on April 11, 2022, at 9:30 a.m. It is further

**ORDERED** that, as to the defendant Dustin Thompson, with the defendant's and the government's consent, the time from October 18, 2021, to April 11, 2022, is excluded under the Speedy Trial Act, in light of the fact that the government requires additional time to produce discovery, which may include exculpatory evidence, and the defendant and his counsel require additional time to review the discovery. It is further

**ORDERED** that, as to the defendant Robert Lyon, with the defendant's and the government's consent, the time from October 18, 2021, to April 11, 2022, is excluded under the Speedy Trial Act, in light of the fact that the government requires additional time to produce

discovery, which may include exculpatory evidence, and the defendant and his counsel require additional time to review the discovery.

**SO ORDERED** this 18th day of October, 2021.

*/s/ Reggie B. Walton*
REGGIE B. WALTON
United States District Court Judge