UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| **Plaintiff,** ) | |
| v. ) | Crim. No. 21-CR-161 (RBW) |
| ) | |
| **ROBERT LYON** ) | |
| ) | |
| **Defendant.** ) | |

### CONSENT MOTION TO CONTINUE SENTENCING HEARING

Defendant, Robert Lyon, through undersigned counsel, respectfully moves this Court to continue the presently scheduled June 3, 2022, sentencing hearing in this case. As grounds for this motion, counsel states:

1. The Defendant's sentencing hearing is presently scheduled for June 2, 2022, at 10:30 a.m. Due to multiple scheduling conflicts of counsel for Mr. Lyon, the Probation Department has not yet been able to interview Mr. Lyon for the Pre-Sentence Investigation (PSI) report. The Probation Department has requested an additional 45 days in which to complete the PSI.

2. The Defendant, therefore, requests that the June 3, 2022, sentencing hearing in this case be continued until a date after July 11, 2022.

3. The Government, per Assistant United States Attorney William Dreher, consents to this motion.

4. In the event the Court grants this motion, the parties will confer with the Courts' courtroom deputy to select a new sentencing date that is agreeable with the Court and the parties.

WHEREFORE, defendant respectfully requests that this motion be granted.

Respectfully submitted,

A.J. Kramer
Federal Public Defender

/s/
_____

                                          David W. Bos  
                                        Assistant Federal Public Defender  
                                        625 Indiana Ave., N.W., Suite 550  
                                        Washington, D.C.   20004  
                                        (202) 208-7500, ext. 118