

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Clerk, U.S. District & Bankruptcy
Court for the District of Columbia

|  |  |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Criminal Action No. 21-161-2 (RBW) |
| ) | |
| ROBERT LYON, ) | |
| ) | |
| Defendant. ) | |

### ORDER

Upon consideration of the defendant's Consent Motion to Continue Sentencing Hearing, and for good cause shown, it is hereby

**ORDERED** that the defendant's Consent Motion to Continue Sentencing Hearing, ECF No. 82, is **GRANTED**. It is further

**ORDERED** that the sentencing currently scheduled for June 3, 2022, is **CONTINUED** to July 21, 2022, at 11:30 a.m. The parties shall appear before the Court in Courtroom 16 on the 6th floor of the E. Barrett Prettyman United States Courthouse, 333 Constitution Avenue, N.W., Washington, D.C. 20001. It is further

**ORDERED** that, on or before July 18, 2022, the parties shall file their sentencing memoranda.

**SO ORDERED** this 11th day of May, 2022.

REGGIE B. WALTON
United States District Court Judge