**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | |
| **Plaintiff,** | : | |
| v. | : | **Case No. : 21-161-2 (RBW)** |
| **ROBERT LYON,** | : | |
| **Defendant.** | : | |

## <u>NOTICE OF CHANGE IN COUNSEL</u>
## <u>FROM THE OFFICE OF THE FEDERAL PUBLIC DEFENDER</u>

The Office of the Federal Public Defender respectfully advises the Court that Assistant Federal Public Defender Ubong Akpan has assumed responsibility for the defense of Robert Lyon in the above-captioned case. Mr. Lyon's case had previously been assigned to Assistant Federal Public Defender David Bos.

Respectfully submitted,

_____/s/_____
UBONG AKPAN
Assistant Federal Public Defender
625 Indiana Avenue, N.W., Suite 550
Washington, D.C. 20004
(202) 208-7500