# UNITED STATES DISTRICT COURT FOR
# THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| v. ) | CR. NO. 21-CR-161 (RBW) |
| **ROBERT LYON** ) | |
| ) | |

## UNOPPOSED MOTION TO CONTINUE SENTENCING AND DEADLINES

Robert Lyon, through undersigned counsel, respectfully moves this Honorable Court to continue the sentencing hearing, scheduled for July 21, 2022 at 11:30 a.m. to September 22nd or 23rd at 9:00 am by video conference. Defense counsel needs additional time to prepare for sentencing and to file the defense sentencing memorandum. The government does not oppose this motion. The parties agree that excluding time under the Speedy Trial Act is warranted because the ends of justice served by the continuance outweigh the public's interest and the Defendant's interests in a speedy trial.

Respectfully Submitted,

A.J. KRAMER
FEDERAL PUBLIC DEFENDER

_____/s/_____
Ubong E. Akpan
Assistant Federal Public Defender
625 Indiana Ave., N.W.
Washington, D.C. 20004
(202) 208-7500

## CERTIFICATE OF SERVICE

I, Ubong E. Akpan, certify that on this 7th day of July 2022, I caused a copy of the foregoing Unopposed Motion to be filed through the Electronic Case Filing ("ECF") system and served a copy on counsel for the government through the ECF.

/s/
Ubong E. Akpan
Assistant Federal Public Defender