```
 1              IN THE UNITED STATES DISTRICT COURT

 2                 FOR THE DISTRICT OF COLUMBIA

 3   UNITED STATES OF AMERICA      .
                      Plaintiff,   .
 4   vs.                           .   Docket No. CR 21-161-1-RBW
                                   .
 5   Dustin Thompson,              .   Washington, D.C.
                                   .   January 26, 2022
 6                 Defendant.      .
     . . . . . . . . . . . . . . . .x  9:30 a.m.
 7   UNITED STATES OF AMERICA      .
                      Plaintiff,   .
 8   vs.                           .   Docket No. CR 21-161-2-RBW
                                   .
 9   Robert Lyon,                  .   Washington, D.C.
                      Defendant.   .   January 26, 2022
10                                 .
     . . . . . . . . . . . . . . . .x  9:30 a.m.
11

12          TRANSCRIPT OF TELEPHONIC STATUS HEARING

13     BEFORE THE HONORABLE SENIOR JUDGE REGGIE B. WALTON

14                UNITED STATES DISTRICT JUDGE

15   APPEARANCES:

16   For the Government:      William Kennelly Dreher, AUSA
                              U.S. ATTORNEY'S OFFICE
17                            700 Stewart Street
                              Suite 5220
18                            Seattle, WA 98101
                              (202) 553-4579
19                            Email: william.dreher@usdoj.gov

20

21

22   Court Reporter:   Cathryn J. Jones, RPR
                        Official Court Reporter
                        Room 6521, U.S. District Court
23                      333 Constitution Avenue, N.W.
                        Washington, D.C. 20001
24
     Proceedings recorded by machine shorthand, transcript
25   produced by computer-aided transcription.
```

1    APPEARANCES: [Cont'd]

2

     For Defendant Thompson:    **Samuel H. Shamansky**
3                               SAMUEL H. SHAMANSKY CO., LPA
                                523 South Third Street
4                               Columbus, OH 43215
                                (614) 242-3939
5                               Email: shamanskyco@gmail.com

6    For Defendant Lyon:        **David Walker Bos**
                                FEDERAL PUBLIC DEFENDER
7                               FOR THE DISTRICT OF COLUMBIA
                                625 Indiana Avenue, NW
8                               Suite 550
                                Washington, DC 20004
9                               (202) 208-7500
                                Email: david_bos@fd.org
10

11

12   Court Reporter:    Cathryn J. Jones, RPR
                        Official Court Reporter
13                      Room 6521, U.S. District Court
                        333 Constitution Avenue, N.W.
14                      Washington, D.C. 20001

15

16

17

18   Proceedings recorded by machine shorthand, transcript
     produced by computer-aided transcription.
19

20

21

22

23

24

25

1                    **P R O C E E D I N G S**

2              THE DEPUTY CLERK:  Your Honor, this is the United

3    States versus Dustin Thompson, Criminal Matter 21-161-1,

4    also Criminal Matter 21-161-2, United States of America

5    versus Robert Lyon.  Counsel, please identify yourselves for

6    the record.

7              MR. SHAMANSKY:  Sam Shamansky on behalf of

8    Mr. Thompson, your Honor, good morning.

9              MR. BOS:  David Bos on behalf of Mr. Lyon, who is

10   present.

11             THE COURT:  Mr. Thompson, would you please

12   identify yourself for the record.

13             THE DEFENDANT:  Yes, Your Honor, this is Dustin

14   Thompson.

15             THE COURT:  Mr. Lyon, would you please identify

16   yourself for the record.

17             THE DEFENDANT:  Yes, this is Robert Lyon, Your

18   Honor.

19             MR. DREHER:  And good morning, Your Honor, this is

20   William Dreher for the United States.

21             THE COURT:  Good morning.

22             At this point how do the parties want to proceed?

23   There is, I see Mr. Thompson has filed an application for

24   the marshal service to effect service on a number of

25   individuals.  I think under the rules the first thing I need

1   to know is why should the taxpayers bear that cost?  Why

2   shouldn't Mr. Thompson bear that cost himself?  And second,

3   what would be the relevance of the testimony of these

4   various individuals who he desires to subpoena?

5           MR. SHAMANSKY:  Your Honor, I can address both of

6   those issues at this juncture if the Court desires.

7           THE COURT:  I would be responsive to those because

8   the rules do require if the marshal service is going to be

9   ordered to effect service there has to be a showing made

10  that the person seeking to have service effected doesn't

11  have the financial means to pay for their own process

12  server.  And second, I would need to know what the potential

13  relevance of the testimony of these individuals would be to

14  warrant the expenditure of the efforts by the marshal

15  service to effect service.

16          MR. SHAMANSKY:  Yes, your Honor.  Well, I think

17  first of all with respect to the issue of who should bear

18  the financial cost I'm certainly mindful of the fact that

19  it's our burden since we're requesting service.  But I can't

20  at this juncture anticipate what it's going to cost, but I

21  can certainly address the Court regarding the difficulty of

22  subpoenaing some of these witnesses whom we believe,

23  although I don't have evidence, but I do have a belief that

24  it's going to be extremely difficulty to effectuate service

25  upon them.

1          If the Court is going to require a showing of

2     financial inability to effectuate service we won't be able

3     to meet that burden.  However, your Honor, what I

4     participate is going to happen is that service is going to

5     be evaded, and in some cases it may be impossible to

6     effectuate without law enforcement intervention.

7          And so I don't think it's really strictly a

8     question of -- I understand what the Court, and I'm not

9     quibbling with the Court's analysis, but I do think it's a

10    matter of fundamental fairness and a right to compulsory

11    process.  Because I anticipate that service is going to be

12    extremely difficult to effectuate.

13         We are certainly happy to try it ourselves and see

14    how it works.  I do believe given the individuals who we

15    believe are necessary for our defense that they are going to

16    be very, very [indiscernible] to accept service.  And based

17    upon the way past relative to court orders it may be near

18    impossible for us to accomplish.  Of course, we don't want

19    to delay the trial in this matter.  We wanted to proceed.

20    And again, I understand the Court's concern about we need to

21    make a financial showing.  I believe the Court has the

22    inherent power to instruct the marshals to effectuate

23    service, and I believe the Court should.

24         Turning next, your Honor, to the relevance these

25    individuals are central to our defense, and it's no secret

1    that this case is not a whodunit.  It's more my client is on

2    tape, inside the Capitol building with a coat rack in his

3    hand.  The question is how and why does he get there and

4    whether those inducements, whether those pleads from

5    government officials constitute relevant evidence, vis-a-vis

6    my client's mental state.  And we believe it is highly

7    relevant to the issues in this case and should be permitted

8    for sure.

9             THE COURT:  Well, but to have -- number one, I'm

10   not sure it would be relevant.  I think the relevant, I

11   think you have to show that what these individuals said or

12   did and the impact that purportedly had on his mental state

13   whether that would constitute a legitimate defense.  But

14   assuming that it would constitute a legitimate defense it

15   seems to me what would then be pertinent is what his mental

16   state was based upon what these individuals allegedly said.

17            So to have the former president and all these all

18   other individuals testify as to what they allegedly said it

19   seems to me isn't really relevant as to what he heard and

20   the impact of what he heard had on him doing what he's

21   accused of doing.  So I, I'm having some difficult

22   understanding why having the former president, who's that,

23   Mr. Giuliani, Mr. Bannon, Professor Eastman, Mr. Miller,

24   Attorney Lyn Wood and Sidney Powell, having them come into

25   court to say what allegedly they said, I just don't know

1    what that adds to his mental state I assume that you're

2    suggesting caused him to do what he did.

3              MR. SHAMANSKY:  It seems to me it's up to your

4    Honor that's precisely our defense.  And so, you know, it's

5    impactful and it's important for a jury to be able to

6    consider the nature of this concerted effort, which I

7    believe we're going to be able to prove, this concerted

8    effort to have people such as Mr. Thompson whipped up into a

9    frenzy and then cajoled, encouraged, whatever, whatever term

10   you want to use to then march down to the Capitol and breach

11   the security and go inside.  I mean it's --

12             THE COURT:  But what is his defense?  Let's get to

13   that issue later.  All of these individuals who you're

14   making reference to all have been on tape.  The essence of

15   what they said has already been captured.  So let's assume

16   for the sake of argument that what they said is in some way

17   relevant to the defense he wants to assert.  Well, then all

18   you have to do is play for the jury those various statements

19   that were made by these various individuals which were

20   public statements.

21             So query, why would you need those individuals to

22   actually come into court and testify if the only purpose for

23   which you're seeking to have them present testimony is to

24   show what impact, what they said had on him and caused him

25   to do what he's accused of doing?

1          MR. SHAMANSKY:  Seems to me, your Honor, the

2    answer to that is multifaceted.  First and foremost,

3    Mr. Thompson and I, I would submit, I don't mean any

4    disrespect get to decide how we wish to present evidence.

5    And just because it exists in a digital format and was made

6    publicly doesn't meant we're confined to presenting it in

7    that fashion.  I believe, Your Honor, that in a case of this

8    importance we ought to have the person who uttered those

9    statements in court to identify him and authenticate him and

10   answer questions about him.

11         Because you know a jury has to understand how and

12   why this extraordinary, I'm going to call it, I'm going to

13   suggest it's a call to arms for lack of a better term.  It

14   was hitched, how it was formed, what the intent was.  And

15   the only way to get that across your Honor is through

16   witness testimony.  I guess the flip side is why should I be

17   confined to the recorded public statement and not be allowed

18   to present the person that made it?

19         THE COURT:  Because number one, I don't see what

20   it adds to your defense assuming it is a viable defense.  If

21   what is important is what these, if what is important is

22   what these individuals said and if there is a public record

23   of what they said that the jury can hear I just don't see

24   how having them actually testify in court is going to add to

25   the defense.

1          MR. SHAMANSKY:  Judge Walton, what I would suggest

2     is that it's not only what they said, but why they said it,

3     and what they attempted to accomplish as a result.

4          THE COURT:  Do you really think that any of these

5     individuals are going to come in and say that they said it

6     because they wanted what to occur to occur?  Heck no,

7     they're not going to do that.  They are going to run from

8     those statements and say it was just, you know, a lot of hot

9     air, and that they did not in any way intend to try and

10    incite anybody to do anything that occurred on that day.

11    And if anything it seems to me it's very likely all of them

12    are going to say they didn't say this to try and incite

13    anybody to do what happened.  And if anything that's going

14    to lessen the impact of what you're trying to prove assuming

15    you're permitted to prove it.

16         MR. SHAMANSKY:  Well, your Honor, assuming I'm

17    permitted to prove it I should be able to prove it in any

18    way that I believe is going to be impactful to my client.

19    I'm certainly hearing what the Court is saying that I'm

20    dealing with individuals who have been less than forthright

21    at least with respect to their public statements.  But once

22    they're under oath in your courtroom they're going to tell

23    the truth, and if they don't there are consequences to be

24    had for that.  And my client deserves, and in fact, the

25    Constitution demands he be allowed to present a complete

1    defense.  And in so doing, Judge --

2          THE COURT:  I don't disagree with that.  But I

3    don't see, I don't see the point that you're making that

4    somehow having these individuals testify in court, assuming

5    they testify consistent with the public statements they

6    made, how that's going to add anything to your defense.

7          MR. SHAMANSKY:  Because I'm going to ask them.

8    Judge, because I'm going to ask them straight up consistent

9    with your statements, consistent with you saying I'll be --

10   you've got a president of the United States publicly stating

11   I'll be right down there with you.  Those are inducements to

12   get them to disrupt the process which is precisely what they

13   did at the request of the commander-in-chief, the president

14   of the United States telling his citizenry to go act.  So

15   how that is not relevant in a case such as this I don't

16   believe that's an ageless question, your Honor.  I believe

17   it's a --

18         THE COURT:  Okay.  Let's go to the second issue,

19   what legal defense would be raised by having these various

20   individuals either testify as to what they previously said

21   or to have the recordings of what those individuals said

22   presented to the jury?  What viable legal defense is there?

23         MR. SHAMANSKY:  Your Honor, we believe --

24         THE COURT:  If I tell somebody to go kill another

25   person and that person decides to do it just because of the

1    fact that I said it how is that a defense for the person

2    that commits --

3              MR. SHAMANSKY:  Seems to me, Your Honor, I believe

4    under normal circumstances that would most certainly not be

5    a defense.  But with all due respect, and although I respect

6    your position as a federal district judge, but if you're the

7    president of the United States of America and you engage in

8    this sought out, carefully planned plot to claim that the

9    election was stolen and that the only way to protect

10   democracy is to have citizens band together and act and that

11   I believe that's a viable defense.  It's certainly one the

12   jury should consider.

13             You know it's almost, it's akin to duress.  It's

14   act now or else is exactly what the president said.  Act now

15   or else democracy is going to be compromised.  Act now are

16   the election is going to be stolen.  Those are powerful

17   inducements, Your Honor.

18             THE COURT:  Do you have any case authority that it

19   in any way would suggest that this type of evidence you want

20   to present is, in fact, efficient to amount to in effect a

21   duress defense?  I don't know of any authority.  Because all

22   the cases I'm aware of that deal with duress have all said

23   that you're talking about a person feeling that their life

24   or their health is going to be in immediate danger if they

25   don't do what they're accused of having done.

1          MR. SHAMANSKY:  I agree, that's precisely what we
2     have here.  Judge, this is even magnified.  Look, the proof
3     is really in what happened.  These folks were able to
4     marshal thousands and thousands of people to descend upon
5     Washington, D.C. for one purpose and one purpose only and
6     they accomplished their goal.  It's not like -- Judge, this
7     is not speculative, it's what happened.  And so I'll
8     certainly provide for --
9          THE COURT:  I think what you're going to have to
10    do -- I mean, I'm not convinced.  I'm always willing to be
11    convinced.  You're going to have to submit something in
12    writing setting forth some case authority that would support
13    what you're suggesting because I just am not aware of any
14    theory in criminal law that would say that regardless of who
15    that individual is -- it can be the Pope.  Just because the
16    Pope says it doesn't give a Catholic, just because the Pope
17    says it is going to commit a criminal act just because the
18    Pope may have suggested it be done.
19          I just don't know of any authority that says
20    that's the case.  I mean, we're in a difficult situation as
21    a society if merely because somebody says something,
22    regardless of what that person's status is, we then feel
23    that we have to go act based upon what that person said.
24    And I mean, I just don't get it.  So I mean this is
25    something you have to be on a fast track because I don't

1    want to delay this trial either.  You'll have to put

2    something in writing to support this theory that you have

3    which I'm having a hard time accepting.

4            And again, I would not be prepared I mean, number

5    one if he has the money to do it I think he's got to pay for

6    it now.  Your position that somehow I guess you believe the

7    marshal service would have better ability to effect service

8    I don't know if that's true or not they might, but the

9    individuals who you're seeking to try and subpoena, at least

10   most of them up to this point, has done everything to avoid

11   having to present any information regarding this event.  I

12   don't know if they would be more incline to accept service

13   from the marshal service as compared to a private process

14   server or not.

15           But that's an issue I guess we can address down

16   the line if you can convince me that there is a sufficient

17   legal basis for this testimony being presented to the jury

18   especially in light of the fact that assuming that it is

19   relevant that what these individuals said is already

20   available to be presented to the jury.

21           MR. SHAMANSKY:  Well, your Honor, I hear loud,

22   loudly and clearly what you're saying.  I mean, on the one

23   hand, you're asking me to establish a basis, a relevant

24   basis vis-a-vis my client's mental state.  Then I hear you

25   also saying gee, there may be a way that the Court thinks

1   you ought to try the case versus the way you want to try the

2   case.  I hear that as well, but I don't -- with all due

3   respect, Judge, I think we're talking about a motion in

4   limine --

5            THE COURT:  No, I don't think anybody -- you've

6   never practiced before me.  I don't think anybody who has

7   ever practiced before me would tell you that I somehow try

8   and take over how parties present their case.  That's not me

9   as a judge.  But I do have an obligation -- I just -- it's

10  also not my responsibility to let lawyers come into my

11  courtroom and do anything they want under the guise -- well,

12  don't them do that somehow I'm trying to control their

13  defense.

14           MR. SHAMANSKY:  No, sir, I'm not suggesting that.

15  When I -- the point that you made multiple times is that if

16  these are public statements I should maybe be confined to

17  just using those.  And so I'll address those in a motion --

18  I guess what we have here is a motion in limine to which I

19  need to respond and will.  I'm a rule follower.  I have no,

20  I have no idea how, how trials unfold in your courtroom.  I

21  just suppose and presume that you're a super fair jurist and

22  you give everybody an equal opportunity.

23           But the fact that the Court is a little bit

24  incredulous about whether or not these folks will even come

25  in and tell the truth, I mean, I can't deal with that in a

1    motion in limine.  These folks may raise their hand in your

2    courtroom and take an oath to tell the truth.  That's what

3    they're supposed to do.  I'm going to mare and I'm going to

4    put together a response -- the problem is I'm not going to

5    be able to find any authority on point because this has

6    never happened before.  I mean, the Court can tell me --

7              THE COURT:  I appreciate counsel being vigorous.

8    I was a defense lawyer at one time, so I appreciate the

9    importance of defense lawyers being vigorous in pursuing a

10   defense that a defendant wants to present.  But you know in

11   all candor it seems to me the only potential benefit you get

12   from having these individuals testify in person as compared

13   to just presenting the audio or video of what they, what

14   they said, which we all know does exist, is to bring them

15   into courtroom and maybe have the fact finder be outraged

16   because they don't like them and somehow let your client off

17   the hook because of their dislike for these individuals.

18             And I don't know if that's an appropriate defense.

19   It's jury nullification.  But it's -- again, I just don't

20   see what more you get from having them actually come into

21   court and testify as compared to having what already exist

22   indicating what they said which I'm assume you're saying

23   somehow was the precursor for your client doing what he did.

24             MR. SHAMANSKY:  Yes, your Honor.  It's akin to a

25   child victim in a sex case.  I could as a prosecutor I could

1    just present the sexual abuse nurse examiner interview and

2    leave it at that, but no good prosecutor does that if they

3    have a child they can put on the stand who can withstand a

4    cross-examination and tell the tale on a person.  It's about

5    impact.  It's about being a good advocate and present --

6    what's the down side I guess?

7            THE COURT:  How is the impact as far as what

8    impact it had on your client's mental state how is it some

9    way enhanced if these individuals actually come into court

10   and testify as compared to the jury seeing what they said?

11           MR. SHAMANSKY:  Your Honor, people in my opinion,

12   in countless trials I've ever had listen closely and are

13   more impacted by in-person testimony.  That's why we have a

14   right of confrontation in the courtroom, eye to eye, not

15   over video, not over this digital age.  Plus I'm going to

16   ask them questions about -- I mean this plop was hatched way

17   before the election.  They were already talking oh, it's

18   going to be stolen.  This is a well-thought-out plot that

19   culminated in this January 6th insurrection.

20           And Judge, when you say that I want to get my

21   client off the hook, he's not on the hook.  He's presumed

22   innocent as you well know and I know he's going to get a

23   fair trial, but how in the world my client has a right to

24   present live testimony on any issue that's relevant.  I mean

25   who --

1          THE COURT:  Very well.  I understand your

2    argument, sir, and we're just talking across each other.  So

3    I'll require -- I don't want this matter to be delayed.

4    I'll require that you submit a written position in support

5    of your theory by the 4th of February.  I'll give the

6    government until the 18th of February to file an opposition,

7    and I'll give you until the 25th of February to file a reply

8    and I will issue a ruling expeditiously after those

9    submissions are made.

10         MR. SHAMANSKY:  Understood, Your Honor.

11         THE COURT:  Anything else we need to address at

12   this time?  I don't think, I could be wrong, but I don't

13   think we set a pretrial hearing date or did we?

14         MR. DREHER:  I don't believe we have, Your Honor.

15         THE COURT:  Okay.  We need to do that and then I

16   guess we can address this issue at the same time.  This case

17   is set for what the 11th of April.  What about the 23rd of

18   March at 10:30?

19         MR. DREHER:  That works for the government.

20         MR. SHAMANSKY:  Fine for us, Your Honor.

21         MR. BOS:  That's fine.

22         THE COURT:  Now do you all want in-court

23   proceedings or do you want to do it by either video

24   conferencing or teleconferencing?

25         MR. SHAMANSKY:  Teleconferencing, please, on

```
1    behalf of Mr. Thompson.
2              MR. BOS:  Teleconference is fine on behalf of
3    Mr. Lyon.
4              MR. DREHER:  The government is fine with any of
5    those options, your Honor.
6              THE COURT:  Very well.  We'll do it by
7    teleconference.  I might rather do it by video conferencing,
8    is there a problem with that?
9              MR. SHAMANSKY:  Not on behalf of Mr. Thompson,
10   Your Honor.
11             MR. BOS:  No, Your Honor, not on behalf of
12   Mr. Lyon.
13             MR. DREHER:  No, thank you, your Honor.
14             THE COURT:  Very well.  Mr. Thompson, Mr. Lyon,
15   we're going to have a pretrial conference in this case at
16   that time.  I will make whatever appropriate rulings need to
17   be made.  I also cover what jury instructions will be given,
18   also what questions will be asked of the jury either will be
19   impaneled to hear the case.
20             You do have a right to have that proceeding
21   actually conducted in the courtroom itself, but in light of
22   the pandemic we're experiencing you can waive or give up
23   that right, and we can do it by video conferencing as your
24   lawyers have indicated they are willing to do.  I need to
25   know your position whether you want an in-court hearing or
```

1   whether you're willing to do it remotely by video

2   conference.  Mr. Thompson?

3          THE DEFENDANT:  Remote is fine, your Honor.

4          THE COURT:  Mr. Lyon?

5          THE DEFENDANT:  Your Honor, remotely is absolutely

6   okay.

7          THE COURT:  Okay.  And I will issue a pretrial

8   order because I'm going to need to have you all submit

9   various information to me, and we'll get that out before the

10  end of the week because I go on vacation as of Thursday so

11  we need to get that done in the next couple of days.  It

12  will set forth the various things I need from counsel, and a

13  date by which that information needs to be submitted, so I

14  will need to be in a position to intelligently conduct the

15  pretrial conference.

16         Okay.

17         MR. SHAMANSKY:  On behalf of Mr. Thompson, may I

18  ask one quick question?  I'm assuming that we're -- I'll

19  entitle this response, responding to what appears to be the

20  government's motion in limine set forth in their most recent

21  filing regarding service of process.  Is that okay with

22  everybody?

23         THE COURT:  That's fine.

24         MR. DREHER:  Your Honor, if I might just briefly

25  for the United States.  So the government hasn't yet filed,

1   but participated filing in the future, although I think this

2   round of briefing would preempt that and serve in that role,

3   filing motions in limine with respect to potential defenses

4   based on these witnesses' testimony that, that candidly

5   would have tracked many of the things that the Court has

6   said this morning.

7           I think that the filing that the Court requested

8   is essentially a filing in support of the request for

9   marshal service.  I don't think it much matters procedurally

10  what it's referred to.  But I just wanted to be clear that

11  the government has not yet set forth in any detail what it

12  would set forth in a lengthier motion in limine with respect

13  to those defenses, but we will do so in response to the

14  filing of February 4th.

15          THE COURT:  Very well.  And as far as the trial is

16  concerned I think we set that for the time at 9:30.

17          Anything else from government counsel?

18          MR. DREHER:  No, your Honor.  Thank you.

19          THE COURT:  Anything else from either defense

20  counsel?

21          MR. SHAMANSKY:  No, your Honor.

22          MR. BOS:  No, your Honor, on behalf of Mr. Lyon.

23          THE COURT:  Okay.  Thank you.

24          MR. BOS:  Thank you, your Honor.

25          MR. SHAMANSKY:  Thank you.

1          MR. DREHER:  Thank you.

2          [Thereupon, the proceedings adjourned at 9:59

3          a.m.]

4                        **CERTIFICATE**

5          **I, Cathryn J. Jones, an Official Court Reporter,**

6    for the United States District Court of the District of

7    Columbia, do hereby certify that the foregoing 20 pages is a

8    true and correct transcript of the remotely reported

9    proceedings in the above-entitled matter.

10          Please note:  This hearing occurred during the

11    COVID-19 pandemic and is therefore subject to the

12    technological limitations of court reporting remotely.

13          In witness whereof, I have hereto subscribed my

14    name, this the 7th day of February, 2022.

15

16                              /s/_Cathryn J. Jones
17                              Cathryn J. Jones, RPR
                                Official Court Reporter
18

19

20

21

22

23

24

25

MR. BOS: [6]  3/8 17/20 18/1 18/10
20/21 20/23
MR. DREHER: [8]  3/18 17/13 17/18
18/3 18/12 19/23 20/17 20/25
MR. SHAMANSKY: [22]
THE COURT: [28]
THE DEFENDANT: [4]  3/12 3/16 19/2
19/4
THE DEPUTY CLERK: [1]  3/1

.

.x [2]  1/6 1/10

/

/s [1]  21/16

**1**

10:30 [1]  17/18
11th [1]  17/18
18th [1]  17/6
19 [1]  21/11

**2**

20 [1]  21/7
20001 [2]  1/23 2/14
20004 [1]  2/8
202 [2]  1/18 2/9
2022 [3]  1/5 1/9 21/14
208-7500 [1]  2/9
21-161-1 [1]  3/3
21-161-1-RBW [1]  1/4
21-161-2 [1]  3/4
21-161-2-RBW [1]  1/8
23rd [1]  17/17
242-3939 [1]  2/4
25th [1]  17/7
26 [1]  1/5 1/9

**3**

333 [2]  1/23 2/13
3939 [1]  2/4

**4**

43215 [1]  2/4
4579 [1]  1/18
4th [2]  17/5 20/14

**5**

5220 [1]  1/17
523 [1]  2/3
550 [1]  2/8
553-4579 [1]  1/18

**6**

614 [1]  2/4
625 [1]  2/7
6521 [2]  1/22 2/13
6th [1]  16/19

**7**

700 [1]  1/17
7500 [1]  2/9
7th [1]  21/14

**9**

98101 [1]  1/18

**9**

9:30 [3]  1/6 1/10 20/16
9:59 [1]  21/2

**A**

a.m [3]  1/6 1/10 21/3
ability [1]  13/7
able [6]  5/2 7/5 7/7 9/17 12/3 15/5
about [9]  5/20 8/10 11/23 14/3 14/24
16/4 16/5 16/16 17/17
above [1]  21/9
above-entitled [1]  21/9
absolutely [1]  19/5
abuse [1]  16/1
accept [2]  5/16 13/12
accepting [1]  13/3
accomplish [2]  5/18 9/3
accomplished [1]  12/6
accused [3]  6/21 7/25 11/25
across [2]  8/15 17/2
act [7]  10/14 11/10 11/14 11/14 11/15
12/17 12/23
actually [5]  7/22 8/24 15/20 16/9 18/21
add [2]  8/24 10/6
address [6]  4/5 4/21 13/15 14/17
17/11 17/16
adds [2]  7/1 8/20
adjourned [1]  21/2
advocate [1]  16/5
after [1]  17/8
again [3]  5/20 13/4 15/19
age [1]  16/15
ageless [1]  10/16
agree [1]  12/1
aided [2]  1/25 2/18
air [1]  9/9
akin [2]  11/13 15/24
all [15]  4/17 6/17 6/17 7/13 7/14 7/17
9/11 11/5 11/21 11/22 14/2 15/11
15/14 17/22 19/8
allegedly [3]  6/16 6/18 6/25
allowed [1]  8/17 9/25
almost [1]  11/13
already [1]  7/15 13/19 15/21 16/17
also [5]  3/4 13/25 14/10 18/17 18/18
although [3]  4/23 11/5 20/1
always [1]  12/10
am [1]  12/13
AMERICA [4]  1/3 1/7 3/4 11/7
amount [1]  11/20
analysis [1]  5/9
another [1]  10/24
answer [2]  8/2 8/10
anticipate [2]  4/20 5/11
any [14]  8/3 9/4 9/9 9/17 11/18 11/19
11/21 12/13 12/19 13/11 15/5 16/24
18/4 20/11
anybody [4]  9/10 9/13 14/5 14/6
anything [8]  9/10 9/11 9/13 10/6 14/11
17/11 20/17 20/19
APPEARANCES [2]  1/15 2/1
appears [1]  19/19
application [1]  3/23
appreciate [2]  15/7 15/8
appropriate [2]  15/18 18/16
April [1]  17/17
are [15]  5/13 5/15 5/15 5/25 9/5 9/7
9/12 9/23 10/11 11/15 11/16 14/16

16/12 17/8 18/24
argument [2]  7/16 17/2
arms [1]  8/13
as [22]
ask [4]  10/7 10/8 16/16 19/18
asked [1]  18/18
asking [1]  13/23
assert [1]  7/17
assume [3]  7/1 7/15 15/22
assuming [7]  6/14 8/20 9/14 9/16 10/4
13/18 19/18
attempted [1]  9/3
Attorney [1]  6/24
ATTORNEY'S [1]  1/16
audio [1]  15/13
AUSA [1]  1/16
authenticate [1]  8/9
authority [5]  11/18 11/21 12/12 12/19
15/5
available [1]  13/20
Avenue [3]  1/23 2/7 2/13
avoid [1]  13/10
aware [2]  11/22 12/13

**B**

band [1]  11/10
Bannon [1]  6/23
based [4]  5/16 6/16 12/23 20/4
basis [3]  13/17 13/23 13/24
be [52]
bear [3]  4/1 4/2 4/17
because [21]  4/7 5/11 8/5 8/11 8/19
9/6 10/7 10/8 10/25 11/21 12/13 12/15
12/16 12/17 12/21 12/25 15/5 15/16
15/17 19/8 19/10
been [3]  7/14 7/15 9/20
before [6]  1/13 14/6 14/7 15/6 16/17
19/9
behalf [8]  3/7 3/9 18/1 18/2 18/9 18/11
19/17 20/22
being [4]  13/17 15/7 15/9 16/5
belief [1]  4/23
believe [16]  4/22 5/14 5/15 5/21 5/23
6/6 7/7 8/7 9/18 10/16 10/16 10/23
11/3 11/11 13/6 17/14
benefit [1]  15/11
better [2]  8/13 13/7
bit [1]  14/23
bos [3]  2/6 2/9 3/9
both [1]  4/5
breach [1]  7/10
briefing [1]  20/2
briefly [1]  19/24
bring [1]  15/14
building [1]  6/2
burden [2]  4/19 5/3

**C**

cajoled [1]  7/9
call [2]  8/12 8/13
can [12]  4/5 4/21 8/23 12/15 13/15
13/16 15/6 16/3 16/3 17/16 18/22
18/23
can't [2]  4/19 14/25
candidly [1]  20/4
candor [1]  15/11
Capitol [2]  6/2 7/10

## C

**captured [1]**  7/15
**carefully [1]**  11/8
**case [14]**  6/1 6/7 8/7 10/15 11/18 12/12 12/20 14/1 14/2 14/8 15/25 17/16 18/15 18/19
**cases [2]**  5/5 11/22
**Catholic [1]**  12/16
**Cathryn [5]**  1/21 2/12 21/5 21/16 21/17
**caused [2]**  7/2 7/24
**central [1]**  5/25
**certainly [7]**  4/18 4/21 5/13 9/19 11/4 11/11 12/8
**CERTIFICATE [1]**  21/4
**certify [1]**  21/7
**chief [1]**  10/13
**child [2]**  15/25 16/3
**circumstances [1]**  11/4
**citizenry [1]**  10/14
**citizens [1]**  11/10
**claim [1]**  11/8
**clear [1]**  20/10
**clearly [1]**  13/22
**client [7]**  6/1 9/18 9/24 15/16 15/23 16/21 16/23
**client's [3]**  6/6 13/24 16/8
**closely [1]**  16/12
**CO [1]**  2/3
**coat [1]**  6/2
**COLUMBIA [3]**  1/2 2/7 21/7
**Columbus [1]**  2/4
**come [7]**  6/24 7/22 9/5 14/10 14/24 15/20 16/9
**commander [1]**  10/13
**commander-in-chief [1]**  10/13
**commit [1]**  12/17
**commits [1]**  11/2
**compared [4]**  13/13 15/12 15/21 16/10
**complete [1]**  9/25
**compromised [1]**  11/15
**compulsory [1]**  5/10
**computer [2]**  1/25 2/18
**computer-aided [2]**  1/25 2/18
**concern [1]**  5/20
**concerned [1]**  20/16
**concerted [2]**  7/6 7/7
**conduct [1]**  19/14
**conducted [1]**  18/21
**conference [3]**  18/15 19/2 19/15
**conferencing [3]**  17/24 18/7 18/23
**confined [3]**  8/6 8/7 14/16
**confrontation [1]**  16/14
**consequences [1]**  9/23
**consider [2]**  7/6 11/12
**consistent [3]**  10/5 10/8 10/9
**constitute [3]**  6/5 6/13 6/14
**Constitution [3]**  1/23 2/13 9/25
**Cont'd [1]**  2/1
**control [1]**  14/12
**convince [1]**  13/16
**convinced [2]**  12/10 12/11
**correct [1]**  21/8
**cost [4]**  4/1 4/2 4/18 4/20
**could [3]**  15/25 15/25 17/12
**counsel [5]**  3/5 15/7 19/12 20/17 20/20

**countless [1]**  16/12
**couple [1]**  19/11
**course [1]**  5/18
**court [33]**
**Court's [2]**  5/9 5/20
**courtroom [7]**  9/22 14/11 14/20 15/2 15/15 16/14 18/21
**cover [1]**  18/17
**COVID [1]**  21/11
**COVID-19 [1]**  21/11
**CR [2]**  1/4 1/8
**criminal [4]**  3/3 3/4 12/14 12/17
**cross [1]**  16/4
**cross-examination [1]**  16/4
**culminated [1]**  16/19

## D

**D.C [5]**  1/5 1/9 1/23 2/14 12/5
**danger [1]**  11/24
**date [2]**  17/13 19/13
**david [3]**  2/6 2/9 3/9
**day [2]**  9/10 21/14
**days [1]**  19/11
**DC [1]**  2/8
**deal [2]**  11/22 14/25
**dealing [1]**  9/20
**decide [1]**  8/4
**decides [1]**  10/25
**defendant [5]**  1/6 1/9 2/2 2/6 15/10
**DEFENDER [1]**  2/6
**defense [24]**
**defenses [2]**  20/3 20/13
**delay [2]**  5/19 13/1
**delayed [1]**  17/3
**demands [1]**  14/14
**democracy [2]**  11/10 11/15
**descend [1]**  12/4
**deserves [1]**  9/24
**desires [2]**  4/4 4/6
**detail [1]**  20/11
**did [6]**  6/12 7/2 9/9 10/13 15/23 17/13
**didn't [1]**  9/12
**difficult [3]**  5/12 6/21 12/20
**difficulty [2]**  4/21 4/24
**digital [1]**  8/5
**disagree [1]**  10/2
**dislike [1]**  15/17
**disrespect [1]**  8/4
**disrupt [1]**  10/12
**district [9]**  1/1 1/2 1/14 1/22 2/7 2/13 11/6 21/6 21/6
**do [33]**
**Docket [2]**  1/4 1/8
**does [3]**  6/3 15/14 16/2
**doesn't [2]**  4/10 8/6 12/16
**doing [5]**  6/20 6/21 7/25 10/1 15/23
**don't [31]**
**done [4]**  11/25 12/18 13/10 19/11
**down [4]**  7/10 10/11 13/15 16/6
**Dreher [2]**  1/16 3/20
**due [2]**  11/5 14/2
**duress [3]**  11/13 11/21 11/22
**during [1]**  21/10
**Dustin [3]**  1/5 3/3 3/13

## E

**each [1]**  17/2

**Eastman [1]**  6/23
**effect [5]**  3/24 4/9 4/15 11/20 13/7
**effected [1]**  4/10
**effectuate [5]**  4/24 5/2 5/6 5/12 5/22
**efficient [1]**  11/20
**effort [2]**  7/6 7/8
**efforts [1]**  4/14
**either [5]**  10/20 13/1 17/23 18/18 20/19
**election [3]**  11/9 11/16 16/17
**else [5]**  11/14 11/15 17/11 20/17 20/19
**Email [1]**  1/19 2/5 2/9
**encouraged [1]**  7/9
**end [1]**  19/10
**enforcement [1]**  5/6
**engage [1]**  11/7
**enhanced [1]**  16/9
**entitle [1]**  19/19
**entitled [1]**  21/9
**equal [1]**  14/22
**especially [1]**  13/18
**essence [1]**  7/14
**essentially [1]**  20/8
**establish [1]**  13/23
**evaded [1]**  5/5
**even [2]**  12/2 14/24
**event [1]**  13/11
**ever [2]**  14/7 16/12
**everybody [2]**  14/22 19/22
**everything [1]**  13/10
**evidence [4]**  4/23 6/5 8/4 11/19
**exactly [1]**  11/14
**examination [1]**  16/4
**examiner [1]**  16/1
**exist [2]**  15/14 15/21
**exists [1]**  8/5
**expeditiously [1]**  17/8
**expenditure [1]**  4/14
**experiencing [1]**  18/22
**extraordinary [1]**  8/12
**extremely [2]**  4/24 5/12
**eye [2]**  16/14 16/14

## F

**fact [7]**  4/18 9/24 11/1 11/20 13/18 14/23 15/15
**fair [2]**  14/21 16/23
**fairness [1]**  5/10
**far [2]**  16/7 20/15
**fashion [1]**  8/7
**fast [1]**  12/25
**fd.org [1]**  2/9
**February [5]**  17/5 17/6 17/7 20/14 21/14
**federal [2]**  2/6 11/6
**feel [1]**  12/22
**feeling [1]**  11/23
**file [2]**  17/6 17/7
**filed [2]**  3/23 19/25
**filing [6]**  19/21 20/1 20/3 20/7 20/8 20/14
**financial [4]**  4/11 4/18 5/2 5/21
**find [1]**  15/5
**finder [1]**  15/15
**fine [6]**  17/20 17/21 18/2 18/4 19/3 19/23
**first [3]**  3/25 4/17 8/2

## F

flip [1] 8/16
folks [3] 12/3 14/24 15/1
follower [1] 14/19
foregoing [1] 21/7
foremost [1] 8/2
format [1] 8/5
formed [1] 8/14
former [2] 6/17 6/22
forth [5] 12/12 19/12 19/20 20/11
20/12
forthright [1] 9/20
frenzy [1] 7/9
fundamental [1] 5/10
future [1] 20/1

## G

gee [1] 13/25
get [12] 6/3 7/12 8/4 8/15 10/12 12/24
15/11 15/20 16/20 16/22 19/9 19/11
Giuliani [1] 6/23
give [5] 12/16 14/22 17/5 17/7 18/22
given [2] 5/14 18/17
gmail.com [1] 2/5
go [6] 7/11 10/14 10/18 10/24 12/23
19/10
goal [1] 12/6
going [36]
good [5] 3/8 3/19 3/21 16/2 16/5
got [2] 10/10 13/5
government [8] 1/16 6/5 17/6 17/19
18/4 19/25 20/11 20/17
government's [1] 19/20
guess [6] 8/16 13/6 13/15 14/18 16/6
17/16
guise [1] 14/11

## H

had [6] 6/12 6/20 7/24 9/24 16/8 16/12
hand [3] 6/3 13/23 15/1
happen [1] 5/4
happened [4] 9/13 12/3 12/7 15/6
happy [1] 5/13
hard [1] 13/3
has [12] 3/23 4/9 5/21 7/15 8/11 13/5
13/10 14/6 15/5 16/23 20/5 20/11
hasn't [1] 19/25
hatched [1] 16/16
have [41]
having [12] 6/21 6/22 6/24 8/24 10/4
10/19 11/25 13/3 13/11 15/12 15/20
15/21
he [9] 4/4 6/3 6/19 6/20 7/2 7/17 9/25
13/5 15/23
he's [6] 6/20 7/25 13/5 16/21 16/21
16/22
health [1] 11/24
hear [5] 8/23 13/21 13/24 14/2 18/19
heard [2] 6/19 6/20
hearing [5] 1/12 9/19 17/13 18/25
21/10
Heck [1] 9/6
here [2] 12/2 14/18
hereby [1] 21/7
hereto [1] 21/13
highly [1] 6/6
him [7] 6/20 7/2 7/24 7/24 8/9 8/9 8/10

himself [1] 4/2
his [6] 6/2 6/12 6/15 7/17 7/12 10/14
hitched [1] 8/14
Honor [35]
HONORABLE [1] 1/13
hook [3] 15/17 16/21 16/21
hot [1] 9/8
how [16] 3/22 5/14 6/3 8/4 8/11 8/14
8/24 10/6 10/15 11/1 14/8 14/20 14/20
16/7 16/8 16/23
However [1] 5/3

## I

I'll [9] 10/9 10/11 12/7 14/17 17/3 17/4
17/5 17/7 19/18
I'm [25]
I've [1] 16/12
idea [1] 14/20
identify [4] 3/5 3/12 3/15 8/9
immediate [1] 11/24
impact [7] 6/12 6/20 7/24 9/14 16/5
16/7 16/8
impacted [1] 16/13
impactful [2] 7/5 9/18
impaneled [1] 18/19
importance [2] 8/8 15/9
important [3] 7/5 8/21 8/21
impossible [2] 5/5 5/18
in-court [1] 17/22 18/25
in-person [1] 16/13
inability [1] 5/2
incite [2] 9/10 9/12
incline [1] 13/12
incredulous [1] 14/24
Indiana [1] 2/7
indicated [1] 18/24
indicating [1] 15/22
indiscernible [1] 5/16
individual [1] 12/15
individuals [22]
inducements [3] 6/4 10/11 11/17
information [3] 13/11 19/9 19/13
inherent [1] 5/22
innocent [1] 16/22
inside [2] 6/2 7/11
instruct [1] 5/22
instructions [1] 18/17
insurrection [1] 16/19
intelligently [1] 19/14
intend [1] 9/9
intent [1] 8/14
intervention [1] 5/6
interview [1] 16/1
is [74]
isn't [1] 6/19
issue [8] 4/17 7/13 10/18 13/15 16/24
17/8 17/16 19/7
issues [2] 4/6 6/7
it [48]
it's [29]
itself [1] 18/21

## J

January [3] 1/5 1/9 16/19
Jones [5] 1/21 2/12 21/5 21/16 21/17
judge [11] 1/13 1/14 9/1 10/1 10/8
11/6 12/2 12/6 14/3 14/9 16/20

juncture [2] 4/6 4/20
jurist [1] 14/21
jury [12] 7/5 7/18 8/11 8/23 10/22
11/12 13/17 13/20 15/19 16/10 18/17
18/18
just [20] 6/25 8/5 8/23 9/8 10/25 12/13
12/15 12/17 12/19 12/24 14/9
14/17 14/21 15/13 15/19 16/1 17/2
19/24 20/10

## K

Kennelly [1] 1/16
kill [1] 10/24
know [17] 4/1 4/12 6/25 7/4 8/11 9/8
11/13 11/21 12/19 13/8 13/12 15/10
15/14 15/18 16/21 16/22 16/22 18/25

## L

lack [1] 8/13
later [1] 7/13
law [2] 5/6 12/14
lawyer [1] 15/8
lawyers [3] 14/10 15/9 18/24
least [2] 9/21 13/9
leave [1] 16/2
legal [3] 10/19 10/22 13/17
legitimate [2] 6/13 6/14
lengthier [1] 20/12
less [1] 9/20
lessen [1] 9/14
let [2] 14/10 15/16
let's [3] 7/12 7/15 10/18
life [1] 11/23
light [2] 13/18 18/21
like [2] 12/6 15/16
likely [1] 9/11
limine [6] 14/4 14/18 15/1 19/20 20/3
20/12
limitations [1] 21/12
line [1] 13/16
listen [1] 16/12
little [1] 14/23
live [1] 16/24
Look [1] 12/2
lot [1] 9/8
loud [1] 13/21
loudly [1] 13/22
LPA [1] 2/3
Lyn [1] 6/24
Lyon [11] 1/9 2/6 3/5 3/9 3/15 3/17
18/3 18/12 18/14 19/4 20/22

## M

machine [2] 1/24 2/18
made [8] 4/9 7/19 8/5 8/18 10/6 14/15
17/9 18/17
magnified [1] 12/2
make [2] 5/21 18/16
making [2] 7/14 10/3
many [1] 20/5
march [2] 7/10 17/18
mare [1] 15/3
marshal [7] 3/24 4/8 4/14 12/4 13/7
13/13 20/9
marshals [1] 5/22
matter [6] 3/3 3/4 5/10 5/19 17/3 21/9
matters [1] 20/9

## M

**may [6]** 5/5 5/17 12/18 13/25 15/1 19/17
**maybe [2]** 14/16 15/15
**me [14]** 6/15 6/19 7/3 8/1 9/11 11/3 13/16 13/23 14/6 14/7 14/8 15/6 15/11 19/9
**mean [12]** 7/11 8/3 12/10 12/20 12/24 12/24 13/4 13/22 14/25 15/6 16/16 16/24
**means [1]** 4/11
**meant [1]** 8/6
**meet [1]** 5/3
**mental [6]** 6/6 6/12 6/15 7/1 13/24 16/8
**merely [1]** 12/21
**might [3]** 13/8 18/7 19/24
**Miller [1]** 6/23
**mindful [1]** 4/18
**money [1]** 13/5
**more [4]** 6/1 13/12 15/20 16/13
**morning [4]** 3/8 3/19 3/21 20/6
**most [3]** 11/4 13/10 19/20
**motion [6]** 14/3 14/17 14/18 15/1 19/20 20/12
**motions [1]** 20/3
**Mr [13]** 3/9 3/11 3/15 3/23 4/2 6/23 18/9 18/14 18/14 19/2 19/4 19/17 20/22
**Mr. [8]** 3/8 6/23 6/23 7/8 8/3 18/1 18/3 18/12
**Mr. Giuliani [1]** 6/23
**Mr. Lyon [2]** 18/3 18/12
**Mr. Miller [1]** 6/23
**Mr. Thompson [4]** 3/8 7/8 8/3 18/1
**much [1]** 20/9
**multifaceted [1]** 8/2
**multiple [1]** 14/15
**my [11]** 6/1 6/6 9/18 9/24 13/24 14/10 14/10 16/11 16/20 16/23 21/13

## N

**N.W [2]** 1/23 2/13
**name [1]** 21/14
**nature [1]** 7/6
**near [1]** 5/17
**necessary [1]** 5/15
**need [13]** 3/25 4/12 5/20 7/21 14/19 17/11 17/15 18/16 18/24 19/8 19/11 19/12 19/14
**needs [1]** 19/13
**never [2]** 14/6 15/6
**next [2]** 5/24 19/11
**no [14]** 1/4 1/8 5/25 9/6 14/5 14/14 14/19 14/20 16/2 18/11 18/13 20/18 20/21 20/22
**normal [1]** 11/4
**not [27]**
**note [1]** 21/10
**now [5]** 11/14 11/14 11/15 13/6 17/22
**nullification [1]** 15/19
**number [4]** 3/24 6/9 8/19 13/4
**nurse [1]** 16/1
**NW [1]** 2/7

## O

**oath [2]** 9/22 15/2

**obligation [1]** 14/9
**occur [2]** 9/6 9/6
**occurred [2]** 9/10 21/10
**off [2]** 15/16 16/21
**OFFICE [1]** 1/16
**Official [4]** 1/22 2/12 21/5 21/17
**officials [1]** 6/5
**oh [2]** 2/4 16/17
**okay [7]** 10/18 17/15 19/6 19/7 19/16 19/21 20/23
**once [1]** 9/21
**one [9]** 6/9 8/19 11/11 12/5 12/5 13/5 13/22 15/8 19/18
**only [6]** 7/22 8/15 9/2 11/9 12/5 15/11
**opinion [1]** 16/11
**opportunity [1]** 14/22
**opposition [1]** 17/6
**options [1]** 18/5
**order [1]** 19/8
**ordered [1]** 4/9
**orders [1]** 5/17
**other [2]** 6/18 17/2
**ought [2]** 8/8 14/1
**our [4]** 4/19 5/15 5/25 7/4
**ourselves [1]** 5/13
**out [3]** 11/8 16/18 19/9
**outraged [1]** 15/15
**over [3]** 14/8 16/15 16/15
**own [1]** 4/11

## P

**pages [1]** 21/7
**pandemic [2]** 18/22 21/11
**participate [1]** 5/4
**participated [1]** 20/1
**parties [2]** 3/22 14/8
**past [1]** 5/17
**pay [2]** 4/11 13/5
**people [3]** 7/8 12/4 16/11
**permitted [3]** 6/7 9/15 9/17
**person [11]** 4/10 8/8 8/18 10/25 10/25 11/1 11/23 12/23 15/12 16/4 16/13
**person's [1]** 12/22
**pertinent [1]** 6/15
**Plaintiff [2]** 1/3 1/7
**planned [1]** 11/8
**play [1]** 7/18
**pleads [1]** 6/4
**please [5]** 3/5 3/11 3/15 17/25 21/10
**plop [1]** 16/16
**plot [2]** 11/8 16/18
**Plus [1]** 16/15
**point [5]** 3/22 10/3 13/10 14/15 15/5
**Pope [4]** 12/15 12/16 12/16 12/18
**position [5]** 11/6 13/6 17/4 18/25 19/14
**potential [3]** 4/12 15/11 20/3
**Powell [1]** 6/24
**power [1]** 5/22
**powerful [1]** 11/16
**practiced [2]** 14/6 14/7
**precisely [3]** 7/4 10/12 12/1
**precursor [1]** 15/23
**preempt [1]** 20/2
**prepared [1]** 13/4
**present [12]** 3/10 7/23 8/4 8/18 9/25 11/20 13/11 14/8 15/10 16/1 16/5

16/24
**presented [3]** 10/22 13/17 13/20
**presenting [2]** 8/6 15/13
**president [6]** 6/17 6/22 10/10 10/13 11/7 11/14
**presume [1]** 14/21
**presumed [1]** 5/3
**pretrial [4]** 17/13 18/15 19/7 19/15
**previously [1]** 10/20
**private [1]** 13/13
**problem [2]** 15/4 18/8
**procedurally [1]** 20/9
**proceed [2]** 3/22 5/19
**proceeding [1]** 18/20
**proceedings [5]** 1/24 2/18 17/23 21/2 21/9
**process [5]** 4/11 5/11 10/12 13/13 19/21
**produced [2]** 1/25 2/18
**Professor [1]** 6/23
**proof [1]** 12/2
**prosecutor [2]** 15/25 16/2
**protect [1]** 11/9
**prove [5]** 7/7 9/14 9/15 9/17 9/17
**provide [1]** 12/8
**public [7]** 2/6 7/20 8/17 8/22 9/21 10/5 14/16
**publicly [2]** 8/6 10/10
**purportedly [1]** 6/12
**purpose [3]** 7/22 12/5 12/5
**pursuing [1]** 15/9
**put [3]** 13/1 15/4 16/3

## Q

**query [1]** 7/21
**question [4]** 5/8 6/3 10/16 19/18
**questions [3]** 8/10 16/16 18/18
**quibbling [1]** 5/9
**quick [1]** 19/18

## R

**rack [1]** 6/2
**raise [1]** 15/1
**raised [1]** 10/19
**rather [1]** 18/7
**RBW [2]** 1/4 1/8
**really [4]** 5/7 6/19 9/4 12/3
**recent [1]** 19/20
**record [4]** 3/6 3/12 3/16 8/22
**recorded [3]** 1/24 2/18 8/17
**recordings [1]** 10/21
**reference [1]** 7/14
**referred [1]** 20/10
**regarding [3]** 4/21 13/11 19/21
**regardless [2]** 12/14 12/22
**REGGIE [1]** 1/13
**relative [1]** 5/17
**relevance [1]** 4/3 4/13 5/24
**relevant [10]** 6/5 6/7 6/10 6/10 6/19 7/17 10/15 13/19 13/23 16/24
**Remote [1]** 19/3
**remotely [4]** 19/1 19/5 21/8 21/12
**reply [1]** 17/7
**reported [1]** 21/8
**Reporter [6]** 1/21 1/22 2/1 2/12 21/5 21/17
**reporting [1]** 21/12

## R

**request [2]** 10/13 20/8
**requested [1]** 20/7
**requesting [1]** 4/19
**require [4]** 4/8 5/1 17/3 17/4
**respect [7]** 4/17 9/21 11/5 11/5 14/3 20/3 20/12
**respond [1]** 14/19
**responding [1]** 19/19
**response [3]** 15/4 19/19 20/13
**responsibility [1]** 14/10
**responsive [1]** 4/7
**result [1]** 9/3
**right [6]** 5/10 10/11 16/14 16/23 18/20 18/23
**Robert [3]** 1/9 3/5 3/17
**role [1]** 20/2
**Room [2]** 1/22 2/13
**round [1]** 20/2
**RPR [3]** 1/21 2/12 21/17
**rule [1]** 14/19
**rules [2]** 3/25 4/8
**ruling [1]** 17/8
**rulings [1]** 18/16
**run [1]** 9/7

## S

**said [23]**
**sake [1]** 7/16
**Sam [1]** 3/7
**same [1]** 17/16
**Samuel [2]** 2/2 2/3
**say [7]** 6/25 9/5 9/8 9/12 9/12 12/14 16/20
**saying [5]** 9/19 10/9 13/22 13/25 15/22
**says [4]** 12/16 12/17 12/19 12/21
**Seattle [1]** 1/18
**second [3]** 4/2 4/12 10/18
**secret [1]** 5/25
**security [1]** 7/11
**see [7]** 3/23 5/13 8/19 8/23 10/3 10/3 15/20
**seeing [1]** 16/10
**seeking [3]** 4/10 7/23 13/9
**seems [7]** 6/15 6/19 7/3 8/1 9/11 11/3 15/11
**SENIOR [1]** 1/13
**serve [1]** 20/2
**server [2]** 4/12 13/14
**service [20]** 3/24 3/24 4/8 4/9 4/10 4/15 4/15 4/19 4/24 5/2 5/4 5/11 5/16 5/23 13/7 13/7 13/12 13/13 19/21 20/9
**set [7]** 17/13 17/17 19/12 19/20 20/11 20/12 20/16
**setting [1]** 12/12
**sex [1]** 15/25
**sexual [1]** 16/1
**Shamansky [3]** 2/2 2/3 3/7
**shamanskyco [1]** 2/5
**shorthand [2]** 1/24 2/18
**should [8]** 4/1 4/17 5/23 6/7 8/16 9/17 11/12 14/16
**shouldn't [1]** 4/2
**show [2]** 6/11 7/24
**showing [3]** 4/9 5/1 5/21
**side [2]** 8/16 16/6
**Sidney [1]** 6/24

**since [1]** 4/19
**sir [2]** 4/11 17/2
**situation [1]** 12/20
**so [17]** 5/7 6/17 6/21 7/4 7/15 7/21 10/1 10/14 12/7 12/24 14/17 15/8 17/2 19/10 19/13 19/25 20/13
**society [1]** 12/21
**some [6]** 4/22 5/5 6/21 7/16 12/12 16/8
**somebody [2]** 10/24 12/21
**somehow [6]** 10/4 13/6 14/7 14/12 15/16 15/23
**something [4]** 12/11 12/21 12/25 13/2
**sought [1]** 11/8
**South [1]** 2/3
**speculative [1]** 12/7
**stand [1]** 16/3
**state [6]** 6/6 6/12 6/16 7/1 13/24 16/8
**statement [1]** 8/17
**statements [8]** 7/18 7/20 8/9 9/8 9/21 10/5 10/9 14/16
**STATES [12]** 1/1 1/3 1/7 1/14 3/3 3/4 3/20 10/10 10/14 11/7 19/25 21/6
**stating [1]** 10/10
**status [1]** 1/12 12/22
**Stewart [1]** 1/17
**stolen [3]** 11/9 11/16 16/18
**straight [1]** 10/8
**Street [2]** 1/17 2/3
**strictly [1]** 5/7
**subject [1]** 21/11
**submissions [1]** 17/9
**submit [4]** 8/3 12/11 17/4 19/8
**submitted [1]** 19/13
**subpoena [2]** 4/4 13/9
**subpoenaing [1]** 4/22
**subscribed [1]** 21/13
**such [2]** 7/8 10/15
**sufficient [1]** 13/16
**suggest [3]** 8/13 9/1 11/19
**suggested [1]** 12/18
**suggesting [3]** 7/2 12/13 14/14
**Suite [1]** 2/8
**super [1]** 14/21
**support [4]** 12/12 13/2 17/4 20/8
**suppose [1]** 14/21
**supposed [1]** 15/3
**sure [2]** 6/8 6/10

## T

**take [2]** 14/8 15/2
**tale [1]** 16/4
**talking [4]** 11/23 14/3 16/17 17/2
**tape [2]** 6/2 7/14
**taxpayers [1]** 4/1
**technological [1]** 21/12
**teleconference [2]** 18/2 18/7
**teleconferencing [2]** 17/24 17/25
**TELEPHONIC [1]** 1/12
**tell [7]** 9/22 10/24 14/7 14/25 15/2 15/6 16/4
**telling [1]** 10/14
**term [2]** 7/9 8/13
**testify [9]** 6/18 7/22 8/24 10/4 10/5 10/20 15/12 15/21 16/10
**testimony [8]** 4/3 4/13 7/23 8/16 13/17 16/13 16/24 20/4

**than [1]** 9/20
**thank [6]** 18/13 20/18 20/23 20/24 20/25 21/1
**that [104]**
**that's [16]** 7/4 9/13 10/6 10/16 11/11 12/1 12/20 13/8 13/15 14/8 15/2 15/18 16/13 16/24 17/21 19/23
**their [10]** 4/11 9/21 11/23 11/24 12/6 14/8 14/12 15/1 15/17 19/20
**them [14]** 4/25 6/24 7/23 8/24 9/11 10/7 10/8 13/12 13/10 14/12 15/14 15/16 15/20 16/16
**then [7]** 6/15 7/9 7/10 7/17 12/22 13/24 17/15
**theory [3]** 12/14 13/2 17/5
**there [10]** 3/23 4/9 6/3 8/22 9/23 10/11 10/22 13/16 13/25 18/8
**therefore [1]** 21/11
**Thereupon [1]** 21/2
**these [23]**
**they [34]**
**they're [5]** 9/7 9/22 9/22 11/25 15/3
**thing [1]** 3/25
**things [2]** 19/12 20/5
**think [18]** 3/25 4/16 5/7 5/9 6/10 6/11 9/4 12/9 13/5 14/3 14/5 14/6 17/12 17/13 20/1 20/7 20/9 20/16
**thinks [1]** 13/25
**Third [1]** 2/3
**this [41]**
**Thompson [15]** 1/5 2/2 3/3 3/8 3/11 3/14 3/23 4/2 7/8 8/3 18/1 18/9 18/14 19/2 19/17
**those [16]** 4/6 4/7 6/4 6/4 7/18 7/21 8/8 9/8 10/11 10/21 11/16 14/17 14/17 17/8 18/5 20/13
**thought [1]** 16/18
**thousands [2]** 12/4 12/4
**through [1]** 8/15
**Thursday [1]** 19/10
**time [6]** 13/3 15/8 17/12 17/16 18/16 20/16
**times [1]** 14/15
**together [2]** 11/10 15/4
**track [1]** 12/25
**tracked [1]** 20/5
**transcript [4]** 1/12 1/24 2/18 21/8
**transcription [2]** 1/25 2/18
**trial [4]** 5/19 13/1 16/23 20/15
**trials [2]** 14/20 16/12
**true [2]** 13/8 21/8
**truth [3]** 9/23 14/25 15/2
**try [7]** 5/13 9/9 9/12 13/9 14/1 14/1 14/7
**trying [2]** 9/14 14/12
**Turning [1]** 5/24
**type [1]** 11/19

## U

**U.S [3]** 1/16 1/22 2/13
**under [4]** 3/25 9/22 11/4 14/11
**understand [4]** 5/8 5/20 8/11 17/1
**understanding [1]** 6/22
**Understood [1]** 17/10
**unfold [1]** 14/20
**UNITED [12]** 1/1 1/3 1/7 1/14 3/2 3/4 3/20 10/10 10/14 11/7 19/25 21/6

**U**

**until [2]**  17/6 17/7
**up [5]**  7/3 7/8 10/8 13/10 18/22
**upon [5]**  4/25 5/17 6/16 12/4 12/23
**us [2]**  5/18 17/20
**usdoj.gov [1]**  1/19
**use [1]**  7/10
**using [1]**  14/17
**uttered [1]**  8/8

**V**

**vacation [1]**  19/10
**various [6]**  4/4 7/18 7/19 10/19 19/9
19/12
**versus [3]**  3/3 3/5 14/1
**very [7]**  5/16 5/16 9/11 17/1 18/6 18/14
20/15
**viable [3]**  8/20 10/22 11/11
**victim [1]**  15/25
**video [6]**  15/13 16/15 17/23 18/7 18/23
19/1
**vigorous [2]**  15/7 15/9
**vis [4]**  6/5 6/5 13/24 13/24
**vis-a-vis [2]**  6/5 13/24

**W**

**WA [1]**  1/18
**waive [1]**  18/22
**Walker [1]**  2/6
**WALTON [2]**  1/13 9/1
**want [12]**  3/22 5/18 7/10 11/19 13/1
14/1 14/11 16/20 17/3 17/22 17/23
18/25
**wanted [3]**  5/19 9/6 20/10
**wants [2]**  7/17 15/10
**warrant [1]**  4/14
**was [10]**  6/16 8/5 8/14 8/14 8/14 9/8
11/9 15/8 15/23 16/16
**Washington [6]**  1/5 1/9 1/23 2/8 2/14
12/5
**way [11]**  5/17 7/16 8/15 9/9 9/18 11/9
11/19 13/25 14/1 16/9 16/16
**we [28]**
**we'll [2]**  18/6 19/9
**we're [9]**  4/19 7/7 8/6 12/20 14/3 17/2
18/15 18/22 19/18
**week [1]**  19/10
**well [13]**  4/16 6/9 7/17 9/16 13/21 14/2
14/11 16/18 16/22 17/1 18/6 18/14
20/15
**well-thought-out [1]**  16/18
**were [4]**  7/19 7/19 12/3 16/17
**what [69]**
**what's [1]**  16/6
**whatever [3]**  7/9 7/9 18/16
**when [2]**  14/15 16/20
**whereof [1]**  21/13
**whether [6]**  6/4 6/4 6/13 14/24 18/25
19/1
**which [9]**  7/6 7/19 7/23 10/12 13/3
14/18 15/14 15/22 19/13
**whipped [1]**  7/8
**who [12]**  3/9 4/4 4/17 5/14 7/13 8/8
9/20 12/14 13/9 14/6 16/3 16/25
**who's [1]**  6/22
**whodunit [1]**  6/1
**whom [1]**  4/22

**why [9]**  4/1 4/1 6/3 6/22 7/21 8/12 8/16
9/2 16/13
**will [11]**  14/19 14/24 17/8 18/16 18/17
18/18 18/18 19/7 19/12 19/14 20/13
**William [2]**  1/16 3/20
**william.dreher [1]**  1/19
**willing [3]**  12/10 18/24 19/1
**wish [1]**  8/4
**without [1]**  5/6
**withstand [1]**  16/3
**witness [2]**  8/16 21/13
**witnesses [1]**  4/22
**witnesses' [1]**  20/4
**won't [1]**  5/2
**Wood [1]**  6/24
**works [2]**  5/14 17/19
**world [1]**  16/23
**would [25]**
**writing [2]**  12/12 13/2
**written [1]**  17/4
**wrong [1]**  17/12

**Y**

**Yes [4]**  3/13 3/17 4/16 15/24
**yet [2]**  19/25 20/11
**you [45]**
**You'll [1]**  13/1
**you're [17]**  7/1 7/13 7/23 9/14 9/15
10/3 11/6 11/23 12/9 12/11 12/13 13/9
13/23 13/23 14/21 15/22 19/1
**you've [2]**  10/10 14/5
**your [50]**
**yourself [2]**  3/12 3/16
**yourselves [1]**  3/5