# EXHIBIT 1

August 24, 2022

To: The Honorable Reggie B. Walton
United States District Judge
333 Constitution Avenue, N.W.
Washington, D.C. 20001

Dear Judge Walton,

We have known Robert Lyon as a friend for quite a few years. We are happy to write this character reference for him in regards to his current case, in hopes you may show some leniency.

Robert is a stand out friend who is always there when you need him, and loves spending time with his family. He is kind and responsible and strives to make sure he is doing the right thing. In addition to our friendship, he is a very hard worker. Robert has been at his current place of employment, ▮▮▮, for eighteen months, and is a valued employee. I, ▮▮▮▮▮▮▮▮▮▮▮▮▮ and have seen his dedication and work ethics, through working with him at various locations.

While the news of his current case came as a shock to us, we do not believe this solely defines who he is as a person. While it is unfortunate that he made bad decisions at the time, Robert has expressed his remorse to us and his willingness to accept responsibility for his actions.

We view Robert as a great person and a wonderful friend, and as a valued member of society. We feel it would be detrimental, not only to Robert, but to his friends and family, if he were given a harsh sentence. He knows he made a mistake, but he has learned from his actions and will not be a repeat offender.  It is our sincere hope that you take this letter into consideration when the time comes for sentencing.


Sincerely,

