# UNITED STATES DISTRICT COURT FOR
# THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| v.                              ) | **CR. NO. 21-CR-161 (RBW)** |
| **ROBERT LYON**                 ) | |
| _____) | |

## SUPPLEMENT TO DEFENSE SENTENCING MEMORANDUM

Robert Lyon, through undersigned counsel, respectfully files this Supplement to his Sentencing Memorandum filed at ECF No. 117. This supplement includes the following letters:

1)  Letter of Support from Daniel Lyon and Sara Holmquist (Exhibit 2); and

2)  Letter of Apology by Robert Lyon (Exhibit 3).

Respectfully Submitted,

A.J. KRAMER
FEDERAL PUBLIC DEFENDER

_____/s/_____
UBONG E. AKPAN
Assistant Federal Public Defender
625 Indiana Ave., N.W.
Washington, D.C.  20004
(202) 208-7500

## CERTIFICATE OF SERVICE

I, Ubong E. Akpan, certify that on this 15th day of September 2022, I caused a copy of the foregoing Unopposed Motion to be filed through the Electronic Case Filing ("ECF") system and served a copy on counsel for the government through the ECF.

/s/
UBONG E. AKPAN
Assistant Federal Public Defender