# EXHIBIT 3

Honorable Judge Reggie B. Walton
United States District Judge
333 Constitution Avenue, N.W.
Washington, D.C. 20001


Dear Honorable Judge Reggie B. Walton,

My name is Robert Lyon, I have plead guilty to misdemeanor aiding and abetting theft of government property and misdemeanor disorderly conduct. I participated in the January 6, 2021, what is known as an attack on the United States Capitol.
I am writing this to you, your honor, to request leniency in your sentencing. I am deeply remorseful for the harm my actions have caused on others. I understand and acknowledge my actions have repercussions and wish to do everything in my power to ameliorate the harm I have caused. I have reshaped my political views and grappled with the denialism of others' views on Former President Trump.

**A little bit about myself**

I was born and raised in the suburbs of Columbus Ohio, raised in a loving family. I grew up in a sheltered life, raised in a strict Christian household. I am a family-focused young man, an athlete, a handy-man, landscaper, an amateur musician, a mixed-media artist, and a Pest Exterminator and Animal Trapper. I am an avid autodidact, who loves to learn. I have worked for my family and friends for much of my formative years. I've gathered a wide range of skills and knowledge, and love to share what I've learned with those around me. My interests include family, art, education, construction, technology, exercise and much more.

**Prior Education and Employment**

I went to public school in Reynoldsburg Ohio, graduating in 2012. In my youth I helped tutor students in math and science. I studied religion in Sunday school at my home town church of St. Pius X. I pursued short term advanced studies at Ohio Dominican University and Ohio State University, without receiving a degree. I have had local apprenticeships in woodworking, electrician journeyman's helper, landscaping helper, mechanics helper and resale business. I have past-work experience for my family-run electronics store. I often use my time to assist my family and friends in household duties. I have had past community service at Habitat for Humanity working on homes for the less fortunate.

**My Character and Family**

I have two older brothers who I am quite close to and I live with my loving father and step-mother. My dear mother passed away in 2018, and we had a close relationship. I have spent much of my life working with my family. My father has two residential properties, which I help

maintain and renovate. My oldest brother is a small business entrepreneur who I have spent much of my life helping. My family has several pets, a few dogs and birds, which I love and help to take care of. My whole family is close with one another, doing errands for each other and picking one another up and meeting for dinners. I took on these family working responsibilities at a young age, learning to balance family, work and education starting when I was thirteen. I have a couple long-term friends in Columbus that I volunteer to help to watch their home and take care of their pets, for the past few years. I have long term goals in becoming a construction contractor, and running a small business.

My Mother's death in February of 2018 was quite the sudden and unfortunate event that has deeply affected me. She was a very motivational figure in my life, and we were very close. The tragic loss has brought my family closer together. My brothers David and Daniel helped me through this every day. I had grown disconnected at this time, though I had friends who helped me to focus on forwarding my life. With my friends and family's support I found amateur success in mixed-media artistry and as a musician.

**Medical Concerns**



**Offense and avoidance of crimes**

When the events at the Capitol were transpiring, I came to realize the event had turned non-peaceful. My better judgement had led me to ask Mr. Thompson to please act lawfully, which I was unfortunately unable to persuade. During a lack of judgement, I was persuaded to enter through an open door of the Capitol Building. I took no part in any violence or destruction, yet saw others had. I quickly left the building after a brief moment of shock from what I saw. I had told Mr. Thompson that I was uncomfortable and needed to leave the building. I left and

shortly after found Mr. Thompson with a coat rack. He had brought the coat rack outside and placed it past a stairwell. I had seen that some individuals I didn't know had wanted to take it, I had feared their intentions. At this time, I took the coat rack and removed it from the more crowded area and left it somewhat concealed by shrubs. Later Mr. Thompson came and picked it up again, and remained in his possession until we were stopped by police and it was confiscated. I realize that my presence and actions, like many, contributed to the growing numbers of rioters and emboldened many that were violent. I had justified my actions that day as a peaceful bystander of the violence which was completely ignorant of the fact that I too should not have gone to the Capitol. Former President Trump's words that day still ring in my ears and I fear what may have happened had the numbers of rioters continued to grow.

There are a few things I'd like to say regarding a few choices I have made, with all respect.

Why did I refer to the coat rack as a "trophy"? This was a deeply regrettable choice of words looking back. This message in context was my way of bargaining with Mr. Thompson to leave the event. It was a word I felt described the item as something he was protecting from damage. I had no desire to take the coat rack.
Why did I deny going inside the Capitol Building during the initial FBI interview?
This interview was prior to any legal advice or talking to a lawyer. I felt intimidated and didn't understand my rights to not implicate myself. I regret saying I had not gone inside.

Did I see Dustin take the bourbon?  Also, why did I drink the bourbon?
I didn't see Dustin take the bourbon. I was unsure where he had gotten it. Despite this, I thought it would help to relax my nerves during an anxiety inducing, tense situation.


The events of that day make me feel disgraceful. I deeply wish I could take back my actions and not have gone to D.C. that day in January of 2021. I have had to look in the mirror everyday knowing I have brought shame to my entire family, and my country. I have spent many sleepless nights having to rethink my actions, my judgment and my choice in friends. I have changed my views on personal opinions and the repercussions of following those that request me to take actions on their behalf. I have forced myself to recognize some of the many ways life is different for others in this country, and those that suffer from racial inequality. I completely disavow the rioters that damaged the federal property and even worse those that attacked police officers. I will never attend another political event or protest again. I have stopped following political news and stopped posting and reading from social media. It is shocking what tragedy happened from what was meant to be a show of support for the Executive Branch. The fear of causing harm to others has also changed my mind set to be more proactive and avoid circumstances that could involve crimes or damage to the community again. I will do everything in my power to not commit any other crimes and change my life for the better.

**My future**

I have ambitious plans for my future, including becoming a business owner and raising a family. I want to become a construction contractor, and work as a Pest Control trainer spreading the

knowledge I have learned. I have an interest in becoming a volunteer firefighter. I hope to start a beautiful family and raise children with faith in God. I hope to become a homeowner and gain the respect of my community. I believe with the help of my family and my pursuit of further education I will be able to accomplish my ambitious life goals.

**Steps I have taken to improve and rehabilitate myself since this offense took place**

The first thing I did was to seek guidance from my family. They helped to inspire me to use this time to reflect on what I could have been doing better and take initiative on furthering my long-term goals. I have been encouraged in my goals and take more self-responsibility. I have stopped communicating with my former friend, Dustin Thompson, entirely. I have found full-time employment at a local pest control company that I have grown immensely at. I have worked there diligently since February, the past 18 months. Since working there, I have passed multiple state pest licensing exams and received multiple raises based on merit. I have taken time to shadow an electrician. I have worked to take better care of my health and mental well-being, and have a new-found faith in God.

Robert Anthony Lyon

