**UNITED STATES DISTRICT COURT FOR**
**THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| v. | ) | **CR. NO. 21-CR-161 (RBW)** |
| **ROBERT LYON** | ) | |
| | ) | |

**SUPPLEMENT TO DEFENSE SENTENCING MEMORANDUM**

Robert Lyon, through undersigned counsel, respectfully files this Supplement to his Sentencing Memorandum filed at ECF No. 117. This supplement includes the following letters:

1) Letter of Support from Daniel Lyon and Sara Holmquist (Exhibit 2); and

2) Letter of Apology by Robert Lyon (Exhibit 3).

Respectfully Submitted,

A.J. KRAMER
FEDERAL PUBLIC DEFENDER

_____/s/_____
UBONG E. AKPAN
Assistant Federal Public Defender
625 Indiana Ave., N.W.
Washington, D.C. 20004
(202) 208-7500