# EXHIBIT 2

| | |
|---|---|
| **From:** | |
| **To:** | Ubong Akpan |
| **Subject:** | message for Robert Lyon from Daniel Lyon and Sara Holmquist |
| **Date:** | Tuesday, September 20, 2022 4:12:05 PM |

**EXTERNAL SENDER**

Hello, my name is Daniel Lyon and I am Robert's oldest brother. I apologize I was not able to make the trip to appear in person at his sentencing.

Robert has worked for my long time girlfriend Sara Holmquist and I over many years.

He has always been a hard worker in that aspect.

He has always forged his own way, off the beaten path if you will.

Robert has always been there for me as a brother, a very loving and thoughtful sibling.

He has grown to overcome many disadvantages growing up. We had a strict and sheltered family life. He was close to our mother and was the one who found our mother passed away in a hallway a few years ago.

I can genuinely and honestly say I think this experience has made him a better person.

It goes without saying what he did was wrong and awful. I think he has done his best to make it a life lesson. He has a full time job working in pest control, something he is passionate about and takes very seriously.

I really am proud as a brother to see Robert turn an awful situation into a life change. He seems happier now, he seems committed to not making the same mistakes going forward.

Robert is a good man, and he really has changed his life for the better.

I hope you can consider his genuine growth during sentencing.

Thank you for taking the time to read this and consider my thoughts

Daniel Lyon and Sara Holmquist