UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Criminal Action No. 21-161-2 (RBW) |
| ) | |
| ROBERT LYON, ) | |
| ) | |
| Defendant. ) | |

## ORDER

In accordance with the oral rulings issued by the Court at the sentencing held on September 22, 2022, it is hereby

**ORDERED** that the defendant's Motion for Leave to File Under Seal, ECF No. 120, is **DENIED WITHOUT PREJUDICE**. It is further

**ORDERED** that, on or before September 29, 2022, the defendant shall file (1) a renewed motion for leave to file under seal an unredacted copy of Exhibit 1, and (2) a proposed redacted copy of Exhibit 1 with only the name of the defendant's employer redacted. It is further

**ORDERED** that the defendant's Motion for Leave to File Under Seal, ECF No. 125, is **GRANTED**. It is further

**ORDERED** that Exhibits 2 and 3, ECF Nos. 125-2 & 125-3, are **ACCEPTED AS FILED** and the Clerk of the Court shall file them as a separate entry on the docket under seal.

**SO ORDERED** this 22nd day of September, 2022.

REGGIE B. WALTON
United States District Court Judge